CO-386-online
10/03

# United States District Court
# For the District of Columbia

Gerald C. Kell )
)
)
)
)
         vs       Plaintiff )    Civil Action No._____
)
CareFirst BlueCross BlueShield )
)
)
         Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  CareFirst BlueCross BlueShield   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CareFirst BlueCross BlueShield   which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar 420043
BAR IDENTIFICATION NO.

Anthony F. Shelley
Print Name

655 15th Street NW, Suite 900
Address

Washington    DC    20005
City            State    Zip Code

(202) 626-5800
Phone Number