IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD C. KELL                               )
1309 P Street, N.W.                          )
Apartment 5                                  )
Washington, D.C. 20005                       )
(202) 588-1162,                              )
                                             )
              Plaintiff,                     )
                                             )
       v.                                    )   Case No. 1:07-cv-01402-RJL
                                             )
CAREFIRST BLUECROSS BLUESHIELD,              )
                                             )
              Defendant.                     )

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, *pro se*, hereby moves the court for an extension of time to serve and file his opposition to defendant's motion to dismiss and in support of this motion states:

1. This action was filed by plaintiff in the Superior Court of the District of Columbia on June 27, 2007.

2. On August 1, 2007, defendant removed this case to this court, and plaintiff received notice of that removal on August 4, 2007.

3. On August 8, 2007, defendant served its motion to dismiss this action on plaintiff by mail. Pursuant to the rules of this court and the Federal Rules of Civil Procedure, plaintiff's opposition to defendant's motion is presently required to be served and filed by no later than August 22, 2007. Because of the press of other business and pre-existing professional obligations, plaintiff would have significant difficulty meeting that date but can serve and file his opposition by August 31, 2007.

**RECEIVED**

AUG 1 5 2007

NANCY MAYER WHITTINGTON, CLERK

4.     Plaintiff has communicated with Anthony F. Shelley, counsel for defendant, and Mr. Shelley has stated that defendant is not opposed to the court's granting an extension of time until August 31, 2007, for plaintiff to serve and file his said opposition.

WHEREFORE, plaintiff moves that this court extend plaintiff's time in which to serve and file his opposition to defendant's motion to dismiss to and including August 31, 2007. A proposed order is submitted herewith.

Respectfully submitted,

*/s/ Gerald C. Kell*
GERALD C. KELL (D.C. Bar No. 929125)
1309 P Street, N.W.
Apartment 5
Washington, D.C. 20005
(202) 588-1162

CERTIFICATE OF SERVICE

I certify that on August 14, 2007, I served a copy of plaintiff's foregoing motion for extension of time and proposed order granting same upon counsel for defendant by United States mail addressed to:

>Anthony F. Shelley
>Miller & Chevalier Chartered
>655 15th Street, N.W.
>Suite 900
>Washington, D.C. 20005

_____
GERALD C. KELL (D.C. Bar No. 929125)
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL )<br>1309 P Street, N.W. )<br>Apartment 5 )<br>Washington, D.C. 20005 )<br>(202) 588-1162, )<br>  )<br>  Plaintiff, )<br>  )<br>v. ) Case No. 1:07-cv-01402-RJL<br>  )<br>CAREFIRST BLUECROSS BLUESHIELD, )<br>  )<br>  Defendant. )<br> ) | |

## ORDER

Upon consideration of plaintiff's unopposed motion for an extension of time to serve and file his opposition to plaintiff's motion to dismiss, and it appearing that good cause exists for the requested extension, it is hereby ORDERED:

1.   That plaintiff's motion is GRANTED and

2.   That plaintiff shall have to and including August 31, 2007, to serve and file his opposition to plaintiff's motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

PERSONS TO BE SERVED:

Anthony F. Shelley
Miller & Chevalier Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
ashelley@milchev.com

Gerald C. Kell
1309 P Street, N.W.
Apartment 5
Washington, D.C. 20005