IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 1:07-cv-01402-RJL <br> CAREFIRST BLUECROSS BLUESHIELD, ) <br> ) <br> Defendants. ) <br> ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant CareFirst BlueCross BlueShield ("CareFirst") respectfully moves for a 7-day extension of time to file its reply to Plaintiff's opposition to CareFirst's motion to dismiss, and in support of this motion states:

1. Plaintiff filed this action in the Superior Court of the District of Columbia on June 27, 2007.

2. CareFirst removed the action to this Court on August 1, 2007.

3. CareFirst filed a motion to dismiss in this Court on August 8, 2007, and Plaintiff's opposition was originally due on August 22, 2007. On August 15, 2007, Plaintiff sought a 9-day extension of time to respond to CareFirst's motion to dismiss, which CareFirst did not oppose. This Court granted Plaintiff's motion on August 24, 2007, allowing Plaintiff until August 31, 2007, to file his opposition. Plaintiff then filed his opposition to CareFirst's motion to dismiss on August 30, 2007. The opposition was filed in hard copy and served by U.S. mail.

4. Pursuant to Local Civil Rule 7, CareFirst's reply to Plaintiff's opposition must be served and filed by September 10, 2007.

782141.1

5. CareFirst seeks an additional 7 days to file its reply. In light of the extension received by Plaintiff on his time to file the opposition, that opposition was filed just before the Labor Day weekend, at a time when CareFirst's counsel was on vacation. Additionally, in the time since Plaintiff filed his opposition, CareFirst's counsel has had briefs due in additional matters, including *Rouse v. Springer, et al.*, No. 06-cv-02088-RWR (D.D.C.). Because of these other professional obligations, CareFirst's counsel seeks the additional 7 days.

6. Counsel for CareFirst has communicated with the Plaintiff, who has stated that he does not oppose the Court's granting an extension of time to September 17, 2007, for CareFirst to file and serve its reply to Plaintiff's opposition.

7. The granting of this motion would not affect any previously scheduled deadlines, as there are none at this time.

Wherefore, CareFirst moves that this Court extend by 7 days CareFirst's time in which to file and serve its reply to Plaintiff's opposition to CareFirst's motion to dismiss, to and including September 17, 2007.

A Proposed Order also accompanies this motion.

                          Respectfully submitted,

                          /s/
                          _____
                          Anthony F. Shelley (D.C. Bar No. 420043)
                          MILLER & CHEVALIER CHARTERED
                          655 15th Street, NW
                          Suite 900
                          Washington, DC  20005
                          Phone:  202-626-5924
                          Facsimile:  202-626-5801
                          E-mail:  ashelley@milchev.com

                          *Counsel for CareFirst BlueCross BlueShield*

782141.1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 7, 2007, a true and correct copy of the foregoing motion and proposed order were served by U.S mail, first class, postage pre-paid, on the following:

Gerald C. Kell
1309 P Street, NW
Apartment 5
Washington, DC  20005

/s/
_____
Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Suite 900
Washington, DC  20005
Phone:  202-626-5924
Facsimile:  202-626-5801
E-mail:  ashelley@milchev.com

*Counsel for CareFirst BlueCross BlueShield*

3

782141.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL,<br><br>    Plaintiff,<br><br>v.<br><br>CAREFIRST BLUECROSS BLUESHIELD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-01402-RJL<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's unopposed motion for an extension of time to serve and file its reply to Plaintiff's opposition to Defendant's motion to dismiss, and it appearing that good cause exists for the requested extension, it is hereby ORDERED:

1.    That Defendant's motion is GRANTED and

2.    That Defendant shall have to and including September 17, 2007, to serve and file its reply to plaintiff's opposition to defendant's motion to dismiss.

_____
United States District Judge

Dated: _____

PERSONS TO BE SERVED:

Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Suite 900
Washington, DC  20005
Phone:  202-626-5924
Facsimile:  202-626-5801
E-mail:  ashelley@milchev.com

Gerald C. Kell
1309 P Street, NW
Apartment 5
Washington, DC  20005