IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01402-RJL |
| ) | |
| CAREFIRST BLUECROSS BLUESHIELD, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO STAY ALL PROCEEDINGS

The parties respectfully request that this Court stay all proceedings in the above-captioned case, and in support thereof, state as follows:

The parties have recently reached an agreement in principle to settle this matter. The parties are currently drafting documents to formalize their settlement agreement, and anticipate that this process will be completed within 60 days. Accordingly, the parties jointly request that this Court stay for 60 days all proceedings in this matter, including the Court's consideration of Defendant's pending Motion to Dismiss. The parties request that this Court not rule on the pending Motion to Dismiss, as such a ruling might affect the parties' anticipated settlement agreement.

The parties will notify the Court as soon as they have finalized their settlement agreement or if they reach an impasse. In the event the agreement is not finalized within 60 days, the parties will submit a Joint Status Report to the Court regarding the status of the settlement agreement.

WHEREFORE, the parties respectfully request that this Court grant their Motion to Stay All Proceedings and enter the Agreed Order attached hereto as Exhibit A.

Dated March 18, 2008

Respectfully Submitted,

By Plaintiff:

/s/ Gerald C. Kell
_____
Gerald C. Kell
1309 P Street, NW
Apartment 5
Washington, DC  20005


For Defendant:

/s/
_____
Anthony F. Shelley (D.C. Bar No. 420043)
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Suite 900
Washington, DC  20005
Phone: 202-626-5924
Facsimile: 202-626-5801
E-mail: ashelley@milchev.com
*Counsel for CareFirst BlueCross BlueShield*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAREFIRST BLUECROSS BLUESHIELD,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:07-cv-01402-RJL<br>)<br>)<br>)<br>) |

**AGREED ORDER TO STAY ALL PROCEEDINGS**

The Court, having considered the Joint Motion to Stay All Proceedings filed by the parties, finds as follows:

　　1.　　The parties have indicated that they have reached a settlement agreement in principle.

　　2.　　In order to facilitate the parties' efforts to formalize the settlement agreement, this case is hereby stayed for a period of 60 days from the date of this Order.

　　3.　　The parties shall notify the Court as soon as they have finalized their settlement agreement or if they reach an impasse.  In the event the agreement is not finalized within 60 days from the date of this Order, the parties shall submit a Joint Status Report to the Court regarding the status of the settlement agreement.

IT IS SO ORDERED.

　　Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

856386.1