IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

GERALD C. KELL, )
)
Plaintiff, )
)
v. )
) Case No. 1:07-cv-01402-RJL
CAREFIRST BLUECROSS BLUESHIELD, )
)
Defendants. )

## AGREED ORDER TO STAY ALL PROCEEDINGS

The Court, having considered the Joint Motion to Stay All Proceedings filed by the parties, finds as follows:

1. The parties have indicated that they have reached a settlement agreement in principle.

2. In order to facilitate the parties' efforts to formalize the settlement agreement, this case is hereby stayed for a period of 60 days from the date of this Order.

3. The parties shall notify the Court as soon as they have finalized their settlement agreement or if they reach an impasse. In the event the agreement is not finalized within 60 days from the date of this Order, the parties shall submit a Joint Status Report to the Court regarding the status of the settlement agreement.

IT IS SO ORDERED.

Dated: 3/27/08

_____
JUDGE



856386.1