IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD C. KELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAREFIRST BLUECROSS BLUESHIELD, )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-01402-RJL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff and defendant hereby stipulate to the dismissal of this action with prejudice.

Dated May 30, 2008

Respectfully Submitted,

By Plaintiff:

*/s/ Gerald C. Kell*
Gerald C. Kell
1309 P Street, NW
Apartment 5
Washington, DC 20005

For Defendant:

/s/
_____
Anthony F. Shelley (D.C. Bar No. 420043)
MILLER & CHEVALIER CHARTERED
655 15th Street, NW
Suite 900
Washington, DC 20005
Phone: 202-626-5924
Facsimile: 202-626-5801
E-mail: ashelley@milchev.com
*Counsel for CareFirst BlueCross BlueShield*